UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK W. BURNS and ELIZABETH BURNS<br><br>Plaintiffs,<br><br>v.<br><br>COLLEEN CONLEY and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Defendants. | ) | CA 07 054S<br><br>**NOTICE OF REMOVAL** |

NOW COMES Federal Home Loan Mortgage Corporation ("Freddie Mac"), defendant in Mark W. Burns and Elizabeth Burns v. Colleen Conley, *et al*, filed in the Superior Court in and for Providence, Rhode Island, Case Number 07-0153, ("State Court Action"), which action was filed on January 10, 2007, and gives notice pursuant to 12 U.S.C. § 1452(f) of the removal of that action to this Court, and shows unto the Court the following:

1. Freddie Mac is a United States corporation chartered by an Act of Congress organized and existing under the Federal Home Loan Mortgage Corporation Act, 12 U.S.C. § 1451, *et seq*., with its principal place of business located in McLean, Virginia.

2. 12 U.S.C. § 1452(f) provides, in pertinent part, that any civil action in a state court to which Freddie Mac is a party may, at any time before trial, be removed to the United States District Court embracing the place where the action is pending.

3. Freddie Mac is a party to the State Court Action as referenced above, and no trial of the action has yet taken place. The United States District Court for the District of Rhode Island is the judicial district in which the State Court Action is pending. Freddie Mac is

therefore entitled to remove that action to this Court. Attached hereto as Exhibit A, and incorporated by reference herein, is a copy of the Complaint filed in the State Court Action.

4. Concurrently with the filing of this Notice of Removal, by means of the Notice of Filing of Notice Removal filed in the State Court Action and attached hereto as Exhibit B, Freddie Mac is giving written notice to all known parties, and to the Clerk of the Superior Court, Providence, Rhode Island, of (i) this removal; (ii) the fact that this case is to be docketed in this Court; and (iii) that this Court shall hereafter be entitled to grant all relief to Freddie Mac as is proper under the circumstances, all in accordance with 12 U.S.C. § 1452 and such local rules as may be applicable.

Respectfully submitted, this 8th day of February, 2007.

FEDERAL HOME LOAN MORTGAGE CORPORATION

David M. Rosen
RIBA # 6609
HARMON LAW OFFICES, P.C.
150 California Street
P.O. Box 610389
Newton, MA 02458
(617) 558-0500
Fax (617) 527-0431

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

| | | |
|---|---|---|
| MARK W. BURNS and ELIZABETH BURNS | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No: 07-0153 |
| COLLEEN CONLEY and FEDERAL HOME LOAN MORTGAGE CORPORATION, | ) | |
| Defendants. | ) | |

**NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Federal Home Loan Mortgage Corporation ("Freddie Mac"), defendant in the above-styled action, has this date filed in the United States District Court for the District of Rhode Island, a Notice of Removal, a copy of which is attached as Exhibit A, thereby effecting removal of this case.

Respectfully submitted this 8 day of February, 2007.

FEDERAL HOME LOAN MORTGAGE CORPORATION

David M. Rosen
RIBA # 6609
HARMON LAW OFFICES, P.C.
150 California Street
P.O. Box 610389
Newton, MA 02458
(617) 558-0500
Fax (617) 527-0431