STATE OF RHODE ISLAND
Providence, SC

SUPERIOR COURT

MARK W. BURNS and
ELIZABETH BURNS

V.

COLLEEN CONLEY, et al

PC No. 07-153

**ANSWER**

Now comes Colleen Conley, defendant in the above-captioned case and answers as follows:

1. Admit as to statements 1, 2, 3, 4, 5, 6, 22, 23, 25, 27, 28, 29, 30 and 32.

2. Neither admit nor deny, but leave plaintiffs to their proof as to statements 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 24, 31, 33, and 34.

3. Deny statement 26.

**AFFIRMATIVE DEFENSES:**

1. RIGL Title 44, Chapter 9, especially Sections 11, 24, 30 and 31.

2. *Phoenix J. Finnegan, a Rhode Island General Partnership* v. *Seaside Realty Trust, et al*, 777 A.2d 548 (R. I., 2001).

COLLEEN CONLEY
By her attorney

Patrick T. Conley, Esq., #2211
1445 Wampanoag Tral, Suite 203
East Providence, RI 02915
(401) 273-1787 Fax (401) 273-1791

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Rhode Island

**CERTIFICATION**

I hereby certify that on February 5, 2007 I mailed a copy of the within Answer postage prepaid, first class mail to Peter J. Comerford, 226 South Main Street, Providence, RI 02903.

Linda M. Gallen