STAT_ OF RHODE ISLAND AND PROVIDENCE PL_ TATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-0153 MARK W BURNS V COLLEEN CONLEY

Filing Date: 01-09-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: REAL PROPERTY
Status Date: 02-08-2007

Plaintiff: MARK BURNS
ID: @10882800
Attorney: PETER COMERFORD

Plaintiff: ELIZABETH BURNS
ID: @10882801
Attorney: PETER COMERFORD

Defendant: COLLEEN CONLEY
ID: @10882802

Defendant: FEDERAL HOME LOAN MORTGAGE CORPOR
ID: @10882803

**Scheduled Events**

| Date | Event | Location | Judge |
|---|---|---|---|

**Prior Events**

| Date | Event | Location | Judge |
|---|---|---|---|
| 01-16-2007 | TEMPORARY RESTRAIN ORDER<br>ORDER TO ENTER | P CRT8 | INDEGLIA |

**Case Jacket**

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

**Docket Entry Information**

| Date | Description | Text |
|---|---|---|
| 01-09-2007 | COMPLAINT FILED | |
| 01-09-2007 | INITIAL FILING FEE | |
| 01-10-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP240723. |
| 01-16-2007 | ORDER TO ENTER | |
| 01-17-2007 | SUMMONS,PROOF OF SERVICE FILED | FOR COLLEEN CONLEY. |
| 01-17-2007 | ORDER ENTERED | MOTION IS HEREBY GRANTEDAND THE ORDER SHALL REMAIN IN EFFECT. |
| 01-25-2007 | AFFIDAVIT OF COMPLIANCE | |
| 01-30-2007 | CERT OF CRTFIED/RGSRD MAIL FIL | CORPORATE SECRETARY-FREDDIE MAC |
| 02-08-2007 | NOTICE OF REMOVAL | TO U S DISTRICT COURT CA-07-545 |
| 02-08-2007 | OTH DOC FILED DURING DISCOV | |

rue Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island