UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Civil Action No: 07-CV-00054-S

| | |
|---|---|
| MARK W. BURNS and ELIZABETH BURNS<br><br>Plaintiffs,<br><br>v.<br><br>COLLEEN CONLEY and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Defendants. | FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION TO DISMISS UNDER RULE 12(B)(6) |

NOW COMES, Federal Home Loan Mortgage Corporation ("Freddie Mac"), through counsel, and moves pursuant to F.R.C.P. Rule 12(b)(6) for dismissal of the Complaint as against Freddie Mac for failing to state a claim upon which relief may be granted.

In support of this motion, Freddie Mac, relies upon and incorporates herein the Memorandum of Law filed herewith.

Wherefore, Freddie Mac respectfully requests that this motion be allowed.

Respectfully submitted, this 13 day of February, 2007.

FEDERAL HOME LOAN MORTGAGE CORPORATION

______________________________

David M. Rosen
RIBA # 6609
HARMON LAW OFFICES, P.C.
150 California Street
P.O. Box 610389
Newton, MA 02458
(617) 558-0500
Fax (617) 527-0431

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Civil Action No: 07-CV-00054-S

In Re: MARK W. BURNS, et al

**CERTIFICATE OF SERVICE**

I, David M. Rosen, Esquire, state that on February 13, 2007, I electronically filed the Plaintiff's Motion to Dismiss, Memorandum in Support of Motion to Dismiss, and Certificate of Service using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Peter J. Comerford, Esq.

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the court on the following non CM/ECF participants:

Patrick T. Conley, Esq.
Conley & Conley
1445 Wampanoag Trail, Ste. 203
E. Providence, RI 02915

/s/David M. Rosen, Esq.
David M. Rosen
RIBA 6609