UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARK W. BURNS and :
ELIZABETH BURNS :
:
v. : C.A. No: 07-CV-00054-S
:
COLLEEN CONLEY and FEDERAL:
HOME LOAN MORTGAGE :
CORPORATION :

**OBJECTION TO DEFENDANT'S, FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION TO DISMISS**

Now come the Plaintiffs in the above-captioned action and hereby object to the Motion to Dismiss pursuant to F.R.C.P. Rule 12(b)(6) filed by Defendant, Federal Home Loan Mortgage Corporation ("Freddie Mac"). Plaintiffs base their objection of the Memorandum of Law submitted herewith and the Exhibits filed by the said Defendant.

Plaintiffs,
By Their Attorneys,

/s/Peter J. Comerford, #3588
COIA & LEPORE, LTD.
226 South Main Street
Providence, RI 02903
(401)751-5522
(401)751-8383

**CERTIFICATION**

I hereby certify that I electronically filed a true copy of the within to David M. Rosen, Esquire, Harmon Law Offices, P.C., 150 California Street, P.O. Box 610389, Newton, MA 02458 and mailed a true copy to Patrick T. Conley, Esquire, Conley & Conley, 1445 Wampanoag Trail, Suite 203, East Providence, RI 02914 on this 21ST day of February, 2007.

/s/Peter J. Comerford, #3588