UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK W. BURNS and<br>ELIZABETH BURNS | : | |
| | : | |
| v. | : | C.A. No: 07-CV-00054-S |
| | : | |
| COLLEEN CONLEY and FEDERAL<br>HOME LOAN MORTGAGE<br>CORPORATION | : | |

## MOTION FOR JUDGMENT ON THE PLEADINGS

Now come the plaintiffs in the above-captioned action and move this Court for an order granting judgment in the pleadings in their favor against defendant, Colleen Conley, pursuant to RCP Rule 12(c), based upon the attached Memorandum of Law and the exhibits annexed thereto.

Plaintiffs,
By Their Attorneys,

/s/Peter J. Comerford, #3588
COIA & LEPORE, LTD.
226 South Main Street
Providence, RI 02903
(401)751-5522
(401)751-8383

## CERTIFICATION

I hereby certify that I electronically filed a true copy of the within to David M. Rosen, Esquire, Harmon Law Offices, P.C., 150 California Street, P.O. Box 610389, Newton, MA 02458 and mailed a true copy to Patrick T. Conley, Esquire, Conley & Conley, 1445 Wampanoag Trail, Suite 203, East Providence, RI 02914 on this 13th day of March, 2007.

/s/Peter J. Comerford, #3588