UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK W. BURNS and<br>ELIZABETH BURNS | : | |
| | : | |
| v. | : | C.A. No: 07-CV-00054-S |
| | : | |
| COLLEEN CONLEY and FEDERAL<br>HOME LOAN MORTGAGE<br>CORPORATION | : | |

## OBJECTION

Now come the plaintiffs in the above-captioned matter and hereby object to the Report and Recommendation of Magistrate Judge Martin dated May 7, 2007 and requests a hearing on the Objection for the reasons set forth in the accompanying Memorandum.

**WHEREFORE,** plaintiffs respectfully request that this Court order a hearing on the Objection, reject the Magistrate Judge's Report and Recommendation, and order such other relief as it shall deem just and proper.

Plaintiffs,
By Their Attorneys,

/s/ Peter J. Comerford, #3588
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
(401)751-5522
(401)751-8383 fax

## CERTIFICATION

I hereby certify that I electronically filed a true copy of the within to David M. Rosen, Esquire, Harmon Law Offices, P.C., 150 California Street, P.O. Box 610389, Newton, MA 02458 and mailed a true copy to Patrick T. Conley, Esquire, Conley & Conley, 1445 Wampanoag Trail, Suite 203, East Providence, RI 02914 on this 16th day of May, 2007.

/s/Peter J. Comerford, #3588