AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Burns et Al v. Conley et Al.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA07-54

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Peter J. Comerford | David Rosen |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| June 29, 2007 | Anne Clayton | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/29/07 | ID | | Letter dated May 22, 2007 |
| 2 | | 6/29/07 | ID | | Letter dated May 17, 2007 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.