UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

**Mark W. Burns and Elizabeth Burns**

**V.** **Case Number: C.A. NO. 07-54S**

**Colleen Conley and Federal Home Loan Mortgage Corporation**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Plaintiffs, Mark W. Burns and Elizabeth Burns against the Defendants, Colleen Conley and Federal Home Loan Mortgage Corporation pursuant to the Court's Order dated November 2, 2007 granting plaintiffs Motion for Judgment on the Pleadings.**

**BY ORDER:**

Daniel Baldwin

**Deputy Clerk**

**November 2, 2007**

**Date**