# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**AMENDED JUDGMENT IN A CIVIL CASE**

**Mark W. Burns and Elizabeth Burns**

**V.** **Case Number: C.A. NO. 07-54S**

**Colleen Conley and Federal Home Loan Mortgage Corporation**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Plaintiffs, Mark W. Burns and Elizabeth Burns against the Defendant, Colleen Conley pursuant to the Court's Order dated November 2, 2007 granting plaintiffs Motion for Judgment on the Pleadings and denying Freddie Mac's Motion to Dismiss without prejudice as moot in light of the parties' settlement .**

**BY ORDER:**

**November 7, 2007**
**Date**

**Deputy Clerk**