UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK W. BURNS and<br>ELIZABETH BURNS | : | |
| v. | : | C.A. No: 07-CV-00054-S |
| COLLEEN CONLEY and FEDERAL<br>HOME LOAN MORTGAGE<br>CORPORATION | : | |

# CONSENT ORDER

On March 12, 2007, the above-entitled matter came on for hearing before this Court, Magistrate Judge Martin presiding, on the motion of defendant, Federal Home Loan Mortgage Corporation, to dismiss the plaintiffs' Complaint pursuant to R.C.P. Rule 12(b)(6). After hearing and consideration thereon, and by consent of the parties, it is hereby ordered as follows:

1. The motion is granted regarding any claim for money damages on behalf of the plaintiffs.

2. The defendant, Federal Home Loan Mortgage Corporation, is ordered to execute and deliver to the plaintiffs a corrective deed transferring any right, title, and interest it may have to the plaintiffs, subject to and preserving the defendant's existing mortgage of record.

3. The tax assessor of the Town of Cumberland is ordered to recognize such deed and give it full force and effect.

4. Judgment may enter in accordance herewith.

Entered as an Order of this Court this ____ day of December, 2007.

ENTERED: PER ORDER:

______________________________ ______________________________
JUDGE CLERK

Plaintiffs,
By Their Attorney,

/s/Peter J. Comerford, #3588
COIA & LEPORE, LTD.
226 South Main Street
Providence, RI 02903
(401)751-5522
(401)751-8383 fax

Federal Home Loan Mortgage Corporation
By Its Attorney,

/s/David M. Rosen, Esquire
Harmon Law Offices, P.C.
150 California Street
P.O. Box 610389
Newton, MA 02458
(617)558-0500
(617)527-0431 fax

**CERTIFICATION**

I hereby certify that I electronically filed a true copy of the within and mailed a copy thereof to Patrick T. Conley, Esquire, Conley & Conley, 1445 Wampanoag Trail, Suite 203, East Providence, RI 02914 on this 10th day of December, 2007.

______________________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK W. BURNS and | : | |
| ELIZABETH BURNS | : | |
| | : | |
| v. | : | C.A. No: 07-CV-00054-S |
| | : | |
| COLLEEN CONLEY and FEDERAL | : | |
| HOME LOAN MORTGAGE | : | |
| CORPORATION | : | |

**CONSENT JUDGMENT**

As to claims between Plaintiffs and Defendant Federal Home Loan Mortgage Corporation, judgment is hereby entered as follows:

1. Judgment is entered for the defendant against the plaintiffs regarding any claim for money damages on behalf of the plaintiffs.

2. Judgment is entered for the plaintiffs against the defendant, Federal Home Loan Mortgage Corporation, to the extent that it is ordered to execute and deliver to the plaintiffs a corrective deed transferring any right, title, and interest it may have to the plaintiffs, subject to and preserving the defendant's existing mortgage of record.

3. The tax assessor of the Town of Cumberland shall recognize such deed and give it full force and effect.

ENTERED: PER ORDER:

____________________________ ____________________________

JUDGE CLERK

Plaintiffs,
By Their Attorney,

Federal Home Loan Mortgage Corporation
By Its Attorney,

Peter J. Comerford, #3588
COIA & LEPORE, LTD.
226 South Main Street
Providence, RI 02903
(401)751-5522
(401)751-8383 fax

David M. Rosen, Esquire
Harmon Law Offices, P.C.
150 California Street
P.O. Box 610389
Newton, MA 02458
(617)558-0500
(617)527-0431 fax

**CERTIFICATION**

I hereby certify that I electronically filed a true copy of the within and mailed a copy thereof to Patrick T. Conley, Esquire, Conley & Conley, 1445 Wampanoag Trail, Suite 203, East Providence, RI 02914 on this 7th day of November, 2007.