UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK W. BURNS and<br>ELIZABETH BURNS | : | |
| v. | : | C.A. No: 07-CV-00054-S |
| COLLEEN CONLEY and FEDERAL<br>HOME LOAN MORTGAGE<br>CORPORATION | : | |

**Plaintiffs' Post-Judgment Motions**

The plaintiffs request that this Court direct the clerk thereof to issue a Certificate of Invalidity in the form annexed hereto. They further pray for an order directing the said defendant to execute, within ten (10) days of granting the within motions, a deed re-conveying the subject premises to co-defendant. Co-defendant will thereupon execute, and plaintiffs shall record, a corrective deed pursuant to the consent order entered between the parties. Plaintiffs rely on the annexed Memorandum of Law in support thereof.

Plaintiffs,
By Their Attorneys,

/s/ Peter J. Comerford, #3588
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
(401)751-5522
(401)751-8383 fax

## CERTIFICATION

I hereby certify that I electronically filed a true copy of the within to David M. Rosen, Esquire, Harmon Law Offices, P.C., 150 California Street, P.O. Box 610389, Newton, MA 02458 and mailed a true copy to Patrick T. Conley, Esquire, Conley & Conley, 1445 Wampanoag Trail, Suite 203, East Providence, RI 02914 on this 10th day of December, 2007.

/s/Peter J. Comerford, #3588