UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK W. BURNS and<br>ELIZABETH BURNS | : | |
| | : | |
| v. | : | C.A. No: 07-CV-00054-S |
| | : | |
| COLLEEN CONLEY and FEDERAL<br>HOME LOAN MORTGAGE<br>CORPORATION | : | |

**ORDER**

It is hereby ordered, adjudged and decreed that the Defendant, Colleen Conley, shall prepare and duly execute a quitclaim deed re-conveying the subject premises located at Plat 16, Lot 222 to Federal Home Loan Mortgage Corporation and to deliver the duly executed deed to counsel for the plaintiffs within ten (10) days of the date hereof.

Enter: Per Order:

____________________ ________________________

Presented by:

/s/Peter J. Comerford
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
(401)751-5522
(401)751-8383 fax

**CERTIFICATION**

I hereby certify that I electronically filed a true copy of the within and mailed a copy thereof to Patrick T. Conley, Esquire, Conley & Conley, 1445 Wampanoag Trail, Suite 203, East Providence, RI 02914 on this 10th day of December, 2007.

______________________________