UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK W. BURNS and<br>ELIZABETH BURNS | : | |
| | : | |
| v. | : | C.A. No: 07-CV-00054-S |
| | : | |
| COLLEEN CONLEY and FEDERAL<br>HOME LOAN MORTGAGE<br>CORPORATION | : | |

**CERTIFICATE OF INVALIDITY IN TAX LIEN CASE**

This is to certify that the Petition of Colleen Conley to foreclose rights of redemption under a certain deed given by Thomas M. Bruce, III, Finance Director for the Town of Cumberland, County of Providence, State of Rhode Island, dated September 20, 2005, and duly recorded in Deed Book 1292 at Page 486, was filed in the Superior Court, in and for the County of Providence, State of Rhode Island on the 29th day of September, 2006. Thereafter, a Notice of Disposal and Final Decree in Tax Lien Case was entered in the Superior Court and duly recorded in Deed Book 1360 at Page 197.

Thereafter, and within one year thereof, plaintiffs instituted the within action in the Superior Court, in and for the County of Providence, State of Rhode Island on the 9th day of January, 2007, which was duly and lawfully removed to this Court on the 8th day of February, 2007. Thereafter due proceedings in said action were conducted according to law, and finally, on the 2nd day of November, 2007, an Order was entered by this Court that determined the aforesaid tax sale to be invalid due to errors or irregularities in the tax sale by the Town of Cumberland, and the aforesaid Notice of Disposal

and Final Decree in Tax Lien Case to be invalid due to errors or irregularities by Colleen Conley.

By the Court:

WES

1/4/08

Attest:

Doreen Baldwell