UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARK W. BURNS and ELIZABETH BURNS :
:
v. : C.A. No: 07-CV-00054-S
:
COLLEEN CONLEY and FEDERAL HOME LOAN MORTGAGE CORPORATION :

**ORDER**

It is hereby ordered, adjudged and decreed that the Defendant, Colleen Conley, shall prepare and duly execute a quitclaim deed re-conveying the subject premises located at Plat 16, Lot 222 to Federal Home Loan Mortgage Corporation and to deliver the duly executed deed to counsel for the plaintiffs within ten (10) days of the date hereof.

Enter:

WESmm
1/4/08

Per Order:

Doreen P Baldwell

Presented by:

/s/Peter J. Comerford
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
(401)751-5522
(401)751-8383 fax