UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK W. BURNS and<br>ELIZABETH BURNS | : | |
| v. | : | C.A. No: 07-CV-00054-S |
| COLLEEN CONLEY and FEDERAL<br>HOME LOAN MORTGAGE<br>CORPORATION | : | |

**CONSENT ORDER**

On March 12, 2007, the above-entitled matter came on for hearing before this Court, Magistrate Judge Martin presiding, on the motion of defendant, Federal Home Loan Mortgage Corporation, to dismiss the plaintiffs' Complaint pursuant to R.C.P. Rule 12(b)(6). After hearing and consideration thereon, and by consent of the parties, it is hereby ordered as follows:

1. The motion is granted regarding any claim for money damages on behalf of the plaintiffs.

2. The defendant, Federal Home Loan Mortgage Corporation, is ordered to execute and deliver to the plaintiffs a corrective deed transferring any right, title, and interest it may have to the plaintiffs, subject to and preserving the defendant's existing mortgage of record.

3. The tax assessor of the Town of Cumberland is ordered to recognize such deed and give it full force and effect.

4. Judgment may enter in accordance herewith.

Entered as an Order of this Court this 4th day of ~~December,~~ January 2008

ENTERED: PER ORDER:

W Smith [signature] Karen Baldwin [signature]

JUDGE CLERK

1/4/08