UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK W. BURNS and<br>ELIZABETH BURNS | : | |
| | : | |
| v. | : | C.A. No: 07-CV-00054-S |
| | : | |
| COLLEEN CONLEY and FEDERAL<br>HOME LOAN MORTGAGE<br>CORPORATION | : | |

**CONSENT JUDGMENT**

As to claims between Plaintiffs and Defendant Federal Home Loan Mortgage Corporation, judgment is hereby entered as follows:

1. Judgment is entered for the defendant against the plaintiffs regarding any claim for money damages on behalf of the plaintiffs.

2. Judgment is entered for the plaintiffs against the defendant, Federal Home Loan Mortgage Corporation, to the extent that it is ordered to execute and deliver to the plaintiffs a corrective deed transferring any right, title, and interest it may have to the plaintiffs, subject to and preserving the defendant's existing mortgage of record.

3. The tax assessor of the Town of Cumberland shall recognize such deed and give it full force and effect.

ENTERED: PER ORDER:

WESMM

JUDGE 1/4/08

Plaintiffs,
By Their Attorney,

Kareen Baldwell

CLERK

Federal Home Loan Mortgage Corporation
By Its Attorney,